**Opinion issued September 23, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00747-CR

———————————

## IN RE KELVIN THOMAS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Kelvin Thomas has filed a pro se petition for writ of mandamus requesting that we compel the district court clerk to transmit relator's "Motion to Obtain Documents and Trial Records In Forma Pauperis" to the convicting trial court.* By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs

---

\* The underlying case is *State of Texas v. Kelvin Thomas*, cause number 1363757, in the 228th District Court of Harris County, Texas, the Honorable Marc Carter presiding.

as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004). In this instance, the request writ is neither against a judge nor is it necessary to enforce our appellate jurisdiction. Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.

Do not publish. TEX. R. APP. P. 47.2(b).